```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


PETER CINCOGRONO,                    :
                                     :
     Plaintiff,                      :
                                     :
     v.                              :    CASE NO. 3:12CV1213(RNC)
                                     :
GENPACT LTD,                         :
                                     :
     Defendant.                      :
```

ORDER

Pending before the court is the motion of Attorney Andrew Bowman (doc. #34) for leave to withdraw his appearance as counsel for plaintiff Peter Cincogrono.  Local Rule 7(e) provides:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed pro se, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a pro se appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

D. Conn. L. Civ. R. 7(e).  In April 2013, the court set a hearing on the motion.  (Doc. #36.)  Pursuant to the court's order, Attorney Bowman attempted to serve a copy of the hearing order and the motion to withdraw on plaintiff via certified mail.

(Doc. #39).  After the letter was returned unopened, Attorney Bowman engaged a state marshal, who served the documents on plaintiff by hand.  (Doc. #38.)

Plaintiff did not appear at the hearing on May 9, 2013. Attorney Bowman represented that plaintiff has refused to communicate with him in any respect for several months, preventing him from fulfilling his obligations to his client and to the court.  Good cause for the withdrawal of Attorney Bowman's appearance having been shown, the Motion to Withdraw (doc. #34) is GRANTED.  **Plaintiff is notified that if he fails to file a <u>pro se</u> appearance or appear through new counsel on or before June 10, 2013, the case will be dismissed.**

The Clerk of the Court shall cause a copy of this order to be mailed to plaintiff at 135 Tower Road, Middlebury, CT 06762.

SO ORDERED at Hartford, Connecticut this 10th day of May, 2013.

```
            _____/s/_____
                     Donna F. Martinez
                     United States Magistrate Judge
```